UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                                            ORDER
                                                            12-CR-356

        v.

GEORGE TORRES,

                                    Defendant.

        The above-referenced case was referred to Magistrate Judge Hugh B.

Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On November 26, 2013, Magistrate Judge

Scott  filed a Report and Recommendation, recommending that Defendant Torres'

motion (Dkt. No. 26) to suppress materials seized pursuant to a search warrant be

denied.

        The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Scott's Report and Recommendation, the Court adopts

the proposed findings of the Report and Recommendation denying defendant's  motion

to suppress materials seized pursuant to a search warrant.

 The case is referred back to Magistrate Judge Scott for further proceedings.

IT IS SO ORDERED.


_____Richard J. Arcara_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

Dated: February 25, 2014